IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR338** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **ORDER** |
| **MARQUES P. FOSTER,** | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion To Dismiss Without Prejudice the Indictment (Filing No. 26). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion To Dismiss Without Prejudice the Indictment (Filing No. 26) is granted.

DATED this 16th day of May, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge